

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Thomas Lance Beloney, Appellant

No. 06-15-00007-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0158X). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to (1) to reflect that the offense of conviction was a third degree felony offense, (2) to reflect that Thomas Lance Beloney pled true to the allegations of the two enhancement paragraphs, and (3) by deleting the letters "TBD" and substituting an assessment of $0.00 for attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Thomas Lance Beloney, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 22, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk